**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-01547

REYNA GRANO, surviving spouse of Fred Grano, deceased;

      Plaintiff and Counter Defendant

TIFFANY M. TORRES, minor and surviving child of Theodore Torres, Jr., deceased; by and through her mother and next friend, DEBBIE RODRIGUEZ; and
THEO TORRES III, minor and surviving child of Theodore Torres, Jr., deceased; by and through his mother and next friend, DEBBIE RODRIGEZ

      Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a foreign corporation,

      Defendant and Counter Claimant.

BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY,

      Third-Party Plaintiff,

v.

VALCO, INC.
JOSEPHINE J. BORESON, personal representative of the Estate of Fred Grano,

      Third-Party Defendants

**ORDER GRANTING STIPULATION OF DISMISSAL**

THIS MATTER is before the Court on the <u>Stipulation of Dismissal</u> (Document No. 19, filed 8/17/09) of all Plaintiffs and Defendant Burlington Northern and Santa Fe Railway

Company ("BNSF") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Having considered that stipulation,

THE COURT HEREBY ORDERS that Plaintiffs' negligence claim against Defendant BNSF in the above-captioned case is dismissed, without prejudice.  In light of that, the Court also dismisses as moot Defendant BNSF's Motion to Dismiss Plaintiffs' First Claim for Relief (Document No. 9, filed 7/24/2009).  All other claims remain pending.

Dated this    29th    day of      September   , 2009.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE